## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**
**Grand Jury Sworn in on April 29, 2005**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL No.: 0 5 - 4 1 8 |
| | : | Mg No: 04-475 |
| v. | : | 18 U.S.C. § 641 (Count 1) |
| | : | **Theft of Government Property** |
| | : | |
| | : | **D.C. Code §§ 22-3211 & 3212(a) (Count 2)** |
| | : | **First Degree Theft** |
| GREGORY HURT, | : | |
| | : | 18 U.S.C. § 2 |
| Defendant. | : | **Aiding and Abetting and Causing an Act** |
| | : | **to be Done** |

### INDICTMENT

**FILED IN OPEN COURT**

**NOV 2 3 2005**

The Grand Jury charges that:

**CLERK, U.S. DISTRICT COURT**
**DISTRICT OF COLUMBIA**

### COUNT ONE
**(Theft of Government Property)**

At all times material to the Indictment:

1. The Department of Veterans Affairs ("VA") was a department of the United States Government responsible for administering veterans' benefits programs. The VA had a regional office serving veterans in the Washington, D.C. area at 1722 I Street, N.W., Washington, D.C. 20421.

2. At all times relevant to this offense, Gregory Hurt was a person entitled to benefits administered by the VA.

3. In or about December, 2002, the VA notified defendant Hurt that he was being awarded retroactive benefits in the amount of approximately $234,360.10. The award was made payable to defendant Hurt in three separate checks.

4. Between in or about January, 2003, and in or about February, 2003, the VA issued three checks to defendant Hurt from the United States Treasury in an amount totaling approximately $234,360.10. Defendant Hurt endorsed and deposited all three checks into his bank account.

5. In or about July, 2003, in the District of Columbia, defendant HURT embezzled, stole, and unlawfully and willfully abstracted and converted to his own use approximately $99,999.10 of money and funds of the VA in the form of a United States Treasury check: that is, defendant HURT (1) falsely claimed to one or more employees of the VA that he had never received one of the checks in this amount to which he was entitled and obtained a replacement check, when in fact, as he well knew, he had received and deposited the original check; and (2) when notified by the VA of its error, did not return the funds and made them unavailable for immediate reclamation.

**(Theft of Government Property, and Aiding and Abetting and Causing an Act to be Done, in violation of Title 18, United States Code, Sections 641 and 2).**

### COUNT TWO
**(First Degree Theft)**

6. Paragraphs 1 through 4 of the Indictment are re-alleged as though fully set forth herein.

7. In or about July, 2003, between the date of demand and date of deposit, within the District of Columbia, defendant Gregory Hurt did wrongfully obtain and use the property of another with intent to deprive the other of a right to the property and a benefit of the property and to appropriate

the property to his own use, in that defendant Gregory Hurt did wrongfully obtain and cause to be wrongfully obtained a replacement check in the approximate amount of $99,999.10, when he had already received and deposited all amounts to which he was lawfully entitled.

**(Theft in the First Degree, in violation of D.C. Code Sections 22-3211 and 22-3212(a).)**

A TRUE BILL

*Gordon Patten*

FOREPERSON

ATTORNEY FOR THE UNITED STATES
AND FOR THE DISTRICT OF COLUMBIA

*Kenneth L. Wainstein*