UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | CR. NO.: 05-418 (JR) |
| **GREGORY HURT,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE
SELF-AUTHENTICATING DOCUMENTS PURSUANT TO RULE 902(11)**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice of intent to introduce evidence pursuant to Rule 902(11) of the Federal Rules of Evidence.

The Federal Rules of Evidence allow for business records to be admitted at trial without testimony by a custodian of records regarding authenticity. Rule 902(11), which went into effect on December 1, 2000, provides that extrinsic evidence of authenticity as a condition precedent to admissibility is not required with respect to:

> (11) Certified domestic records of regularly conducted activity. — The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under Rule 803(6) if accompanied by a written declaration of its custodian or other qualified person, in a manner complying with any Act of Congress or rule prescribed by the Supreme Court pursuant to statutory authority, certifying that the record —
>
> (A) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
>
> (B) was kept in the course of the regularly conducted activity; and

>   (C) was made by the regularly conducted activity as a regular practice.

A party intending to offer a record into evidence under this paragraph must provide written notice of that intention to all adverse parties, and must make the record and declaration available for inspection sufficiently in advance of their offer into evidence to provide an adverse party with a fair opportunity to challenge them.

Fed. R. Evid. 902(11).

Pursuant to Rule 902(11), the government hereby gives written notice of its intention to introduce evidence consisting of business records from the following entities:

>   SunTrust Bank
>   Andrews Federal Credit Union
>   Sheehy Ford
>   Department of Veterans Affairs

All of the business records the government seeks to introduce pursuant to this Rule have been designated and are available to the defendant, to the extent he seeks discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government is presently obtaining the necessary declarations and will furnish those to the defendant prior to trial.

>   Respectfully submitted,
>
>   KENNETH L. WAINSTEIN
>   ATTORNEY OF THE UNITED STATES
>   IN AND FOR THE DISTRICT OF COLUMBIA
>
>   BY: _____
>   JEANNIE S. RHEE
>   FRAUD & PUBLIC CORRUPTION SECTION
>   ASSISTANT UNITED STATES ATTORNEY