IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 05-0418(JR) |
| GREGORY HURT, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of Defendant's Motion To Continue the Trial Date, the Government's opposition, and for good caus shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is

**FURTHER ORDERED** that the trial in this matter is **CONTINUED** until _____, 2006 at _____ am/pm; and it is further

**ORDERED** that the previous trial date of March 27, 2006 is **CONVERTED** to a status conference.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

_____
DATE

Jonathan S. Jeffress, AFPD
Jeannie Rhee, AUSA