FILED

MAY 0 9 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,   :
                            :
        v.                  :   Crim. Action No. 05-0418 (JR)
                            :
GREGORY HURT,               :
                            :
        Defendant.          :

### ORDER

Defendant has yet to respond to the government's motion in *limine* to exclude evidence of post-traumatic stress disorder. The Court needs to firm up its trial schedule. The Clerk is directed to set a status conference as soon as possible for purposes of further considering the motion in *limine* and confirming (or amending) the trial date.

  _____
           JAMES ROBERTSON
    United States District Judge