IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Crim. No. 05-0418(JR) |
| ) | |
| GREGORY HURT,        ) | |
| ) | |
| Defendant.   ) | |

**ORDER**

Upon consideration of the Government's Motion *In Limine* To Exclude Evidence Of Defendant's Post-Traumatic Stress Disorder, Other Claims For Benefits, And The Failure Of The Department Of Veterans Affairs To Follow Protocol In The Issuance Of A Replacement Award, Defendant's Opposition, and for good caus shown, it is hereby

**ORDERED** that the Motion is **DENIED**; and it is

**FURTHER ORDERED** that the Defendant's Cross-Motion *In Limine* To Exclude Any Evidence Relating To Events That Transpired After Defendant Cashed The $99,999.10 Check Shortly After July 31, 2003 is **GRANTED**.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

DATE:

Jonathan S. Jeffress, AFPD
Jeannie Rhee, AUSA