UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-418 (JR)** |
| | : | |
| v. | : | |
| | : | |
| **GREGORY HURT,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Michael K. Atkinson, at telephone number 202-616-3702 and/or email address Michael.Atkinson2@usdoj.gov.  Michael Atkinson will substitute for Assistant United States Attorney Jeannie Rhee, who will be leaving the United States Attorney's Office later this month.  Michael Atkinson will serve as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
MICHAEL K. ATKINSON
D.C. Bar No. 430517
Assistant United States Attorney
Fraud and Public Corruption Section
555 4th Street, NW,  Room 5915
Washington, DC 20530
(202) 616-3702
(202) 307-2304 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing notice has been sent  by ECF filing to to counsel for the defendant, Jonathan Jeffress, Federal Public Defender, 625 Indiana Avenue, N.W., Suite 550, Wahington, D.C. 20004 this _____ day of May, 2006.

_____
MICHAEL K. ATKINSON
Assistant U.S. Attorney