IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 05-418 (JR) |
| ) | |
| GREGORY HURT, ) | |
| ) | |
| Defendant. ) | |

**MOTION OF THE UNITED STATES TO ADMIT
EVIDENCE OF THE DEFENDANT'S DRUG USE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this Motion to Admit Evidence of the Defendant's Drug Use. Pursuant to Rule 404(b) of the Federal Rules of Evidence, the defendant's drug use is relevant evidence to prove the defendant's motive to obtain by false pretenses $99,999.10 from the Department of Veterans Affairs ("VA") and to hide those funds after the VA informed the defendant that he was not entitled to keep them. The factual and legal basis for this Motion is set forth in the attached Memorandum of Points and Authorities in Support of the Motion of the United States to Admit Evidence of the Defendant's Drug Use.

Wherefore, for the reasons set forth in this Motion and in the attached Memorandum of Points and Authorities in Support of the Motion of the United States to Admit Evidence of the Defendant's Drug Use, which is incorporated herein by reference, the United States respectfully

requests that this Court grant this Motion and enter the relief requested in the attached proposed Order.

                              Respectfully submitted,

                              KENNETH L. WAINSTEIN
                              ATTORNEY OF THE UNITED STATES
                              IN AND FOR THE DISTRICT OF COLUMBIA

BY:     _____
            Michael K. Atkinson
            Assistant United States Attorney
            United States Attorney's Office
            Fraud & Public Corruption Section
            555 4th Street, N.W.
            Washington, D.C.  20530
            (202) 616-3702
            (202) 307-2304 (fax)

DATED: June 7, 2006