IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 05-418 (JR) |
| ) | |
| GREGORY HURT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon motion of the United States of America to Admit Evidence of the Defendant's Drug Use, any opposition thereto, arguments of counsel, and the entire record in this matter, it is hereby

ORDERED, that the Motion of the United States to Admit Evidence of the Defendant's Drug Use is hereby GRANTED.

Entered in Washington, D.C., this ____ Day of June, 2006.

_____
JUDGE JAMES ROBERTSON
UNITED STATES DISTRICT COURT