IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Crim. No. 05-418 (JR) |
| GREGORY HURT, | ) ) ) | |
| Defendant. | ) ) ) | |

**MOTION OF THE UNITED STATES TO DESIGNATE
SPECIAL AGENT KIM LAMPKINS AS ITS REPRESENTATIVE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this Motion to Designate Special Agent Kim Lampkins as Its Representative pursuant to Rule 615 of the Federal Rules of Evidence. Ms. Lampkins is a Special Agent with the United States Department of Veterans Affairs ("VA") and the VA's lead investigator in this matter. The Government does not intend to call Ms. Lampkins as a witness in its case-in-chief. The factual and legal basis for this Motion is set forth in the attached Memorandum of Points and Authorities in Support of the Motion of the United States to Designate Special Agent Lampkins as Its Representative.

Wherefore, for the reasons set forth in this Motion and in the attached Memorandum of Points and Authorities in Support of this Motion, which is incorporated herein by reference, the United States respectfully requests that this Court grant this Motion and enter the relief requested in the attached proposed Order.

          Respectfully submitted,

          KENNETH L. WAINSTEIN
          UNITED STATES ATTORNEY
          BAR NO. 451058

BY: _____
          Michael K. Atkinson
          Assistant United States Attorney
          United States Attorney's Office
          Fraud & Public Corruption Section
          555 4th Street, N.W.
          Washington, D.C. 20530
          (202) 616-3702
          (202) 307-2304 (fax)

DATED: June 8, 2006