IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | Crim. No. 05-418 (JR) |
| GREGORY HURT, | ) | |
| Defendant. | ) | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE MOTION OF THE UNITED STATES TO DESIGNATE SPECIAL AGENT KIM LAMPKINS AS ITS REPRESENTATIVE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this Memorandum of Points and Authorities to Designate Special Agent Kim Lampkins as Its Representative pursuant to Rule 615 of the Federal Rules of Evidence.

Special Agent Kim Lampkins is the lead investigator on this matter for the United States Department of Veterans Affairs ("VA"). Special Agent Lampkins began her employment with the VA in 1988 as an investigative assistant. She has been a Special Agent with the VA since 1994. As a result of her experience with the VA, she is familiar with many of the VA's policies and procedures. The Government does not intend to call Ms. Lampkins as a witness in its case-in-chief.

For the foregoing reasons, the Government respectfully requests that this Court grant the Motion of the United States to Designate Special Agent Lampkins as Its Representative and enter the attached proposed Order.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY
        BAR NO. 451058


BY:   _____
        Michael K. Atkinson
        Assistant United States Attorney
        United States Attorney's Office
        Fraud & Public Corruption Section
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 616-3702
        (202) 307-2304 (fax)

DATED: June 8, 2006