## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **Crim. No. 05-418 (JR)** |
| | ) | |
| **GREGORY HURT,** | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## ORDER

Upon motion of the United States of America to Designate Special Agent Kim Lampkis as Its Representative, any opposition thereto, arguments of counsel, and the entire record in this matter, it is hereby

ORDERED, that the Motion of the United States to Designate Special Agent Lampkins as Its Representative is hereby GRANTED.

Entered in Washington, D.C., this ____ Day of June, 2006.


_____
JUDGE JAMES ROBERTSON
UNITED STATES DISTRICT COURT