IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Crim. No. 05-0418(JR) |
| **GREGORY HURT,** | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of the Government's 404(b) Motion, Defendant's Opposition, and for good caus shown, it is hereby

**ORDERED** that the Motion is **DENIED.**

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

DATE:

Jonathan S. Jeffress, AFPD
Michael Atkinson, AUSA