Michael Atkinson, AUSA