

DEPARTMENT OF VETERANS AFFAIRS
1722 I STREET NW
WASHINGTON DC 20421

AUG 22 2003

AUG 2 1 2003        In Reply Refer To: 26 211 627

GREGORY HURT
461 H STREET NW APT 517
WASHINGTON DC  20001

Dear Mr. Hurt:

You owe us $99,999.10.  This letter explains what happened, your rights and obligations, and your payment options.

## What happened

On July 28, 2003, we erroneously issued you a check in the amount of $99,999.10. The check was issued to you because you told us that you did not receive your check dated 01-03-03 in the amount of $99,999.10. We reported non receipt of your check to Treasury and have been furnished with a copy of the check indicating that you have cashed the check. A copy of the check is included with this letter along with a FMS Form 1133 to be completed.

## What are your rights and obligations

The enclosed notice explains your rights and obligations regarding this debt. If you wish to exercise any of your rights, please write to our office no later than 30 days from the date of this letter.

## What are your payment options?

You have two 1 payment options; however, all debts due the Government must be paid.

- You may choose to pay the debt in full. Please send a check or money order to the Department of Veterans Affairs. Include your VA file number on the payment and mail it to:

   AGENT CASHIER
   DEPARTMENT OF VETERANS AFFAIRS
   1722 I STREET NW
   WASHINGTON DC 20421]

- If You do not pay the debt in full your monthly VA, disability compensation payments will be withheld until the debt is paid in full.

- Automatic reduction of your benefits will begin 30 days from the date of this letter if we don't hear from you.

- You may ask to have your monthly VA benefits reduced by a lesser amount until the debt is paid in full. Send your request along with a completed Financial Status Report (VA Form 5655 enclosed) to the above address. We will tell you if we accept your request.

If you have questions about this letter, call Bruce Britton at 202 530 9317
Sincerely,


*BRUCE BRITTON*
*CONTACT REPRESENTATIVE*


Enclosures:
VA Form 4107
VA Form 20-5655