**JURY NOTE**

FILED
JUN 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No. 1-05-cr-0418

Case Caption: USA v. Gregory Hurt

Date: 6/14/06 @ 4:17 pm

Could Adrian have a smoking break, please?

_____
Foreperson