FILED
JUN 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      :
                               :
        v.                     :   Crim. Action No. 05-0418 (JR)
                               :
GREGORY HURT,                  :
                               :
        Defendant.             :

### VERDICT FORM

On the charge of theft of government property we find the defendant Gregory Hurt:

Not Guilty _____        Guilty ✓ _____

This our unanimous verdict.

_____
FOREPERSON

Dated: June 15, 2006