IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GREGORY HURT, )<br>)<br>Defendant. )<br>） | Crim. No. 05-0418 (JR) |

DEFENDANT GREGORY HURT'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE MOTION
FOR JUDGMENT OF ACQUITTAL AND MOTION FOR A NEW TRIAL

Defendant, Gregory Hurt, through counsel, respectfully submits this motion for an extension of time to file motion for judgment of acquittal and motion for a new trial ("Motion").

In support of this motion, Mr. Hurt respectfully submits as follows:

1. On June 15, 2006, after a two-day trial, Mr. Hurt was convicted of one count of Theft of Government Property (18 U.S.C. § 641). Sentencing is set for September 6, 2006 at 9:30am.

2. Following the verdict, defense counsel requested an extension of time to file a motion fo a new trial and a motion for judgment of acquittal. The Court granted the request for ten (10) business days, which would make the motion due **June 28, 2006**.[1]

3. Based on a delay in receiving a final copy of the Court's jury instructions and the press of other matters, Mr. Hurt is seeking an extension of time to file his Motion. Mr. Hurt requests until **July 28, 2006** to file the Motion..

---

[1] The final jury instructions were requested from Chambers on Monday, June 19, 2006. Counsel understands from Chambers that the instructions should be delivered shortly.

      4.      Government counsel AUSA Michael Atkinson does not oppose this request. The government requests that its response to the Motion be due August 18, 2006.

WHEREFORE, defendant respectfully requests that this Court extend the time for the filing of defendant's Motion until July 26, 2006.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


      /s/
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 05-0418(JR) |
| GREGORY HURT, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of Defendant's Unopposed Motion To Continue to the Deadline for Defendant's Motion for New Trial and Motion for Judgment of Acquittal, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is

**FURTHER ORDERED** that the new deadline for defendant's Motion is

_____, 2006; and it is

**FURTHER ORDERED** that the Government's Response is due on

_____, 2006.


_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE


_____
DATE


Jonathan S. Jeffress, AFPD
Michael Atkinson, AUSA