IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Crim. No. 05-0418 (JR) |
| ) | |
| GREGORY HURT, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT GREGORY HURT'S MOTION FOR EXTENSION
OF TIME OF TWO DAYS TO FILE MOTION FOR A NEW TRIAL**

Defendant, Gregory Hurt, through counsel, respectfully submits this motion for an extension of time of two days to file a motion for a new trial.

In support of this motion, Mr. Hurt respectfully submits as follows:

1. On June 15, 2006, after a two-day trial, Mr. Hurt was convicted of one count of Theft of Government Property (18 U.S.C. § 641). Sentencing is set for September 6, 2006 at 9:30am.

2. Following the verdict, defense counsel requested an extension of time to file a motion for a new trial and a motion for judgment of acquittal. The Court granted the request for ten (10) business days, which would have made the motion due June 28, 2006. The Court subsequently granted an unopposed motion for continuance of the deadline until today, July 26, 2006.

3. Counsel is preparing for at least a week long trial beginning August 14, 2006 before the Honorable Paul L. Friedman. Because preparation for that trial has consumed more time than originally anticipated, counsel is seeking two additional days in which to complete Mr.

Hurt's motion for a new trial.[1]

4.    Counsel obviously does not oppose an equal extension of time for the government to respond to defendant's motion. Counsel was unable to contact government counsel, AUSA Michael Atkinson, prior to the filing of the instant motion.

WHEREFORE, defendant respectfully requests that this Court extend the time for the filing of defendant's motion for a new trial until **July 28, 2006.**

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500

---

[1]    Counsel has elected not to file a motion for a judgment of acquittal, but notes that under Rule 29, Federal Rules of Criminal Procedure, "[t]he court may on its own consider whether the evidence [was] sufficient to sustain a conviction." Fed. R. Crim. P. 29(a).

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Crim. No. 05-0418(JR) |
| ) | |
| GREGORY HURT, ) | |
| ) | |
| Defendant.    ) | |

### ORDER

Upon consideration of Defendant's Motion To Continue the Deadline for Defendant's Motion for New Trial by Two Days, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is

**FURTHER ORDERED** that the new deadline for defendant's Motion for New Trial is July 28, 2006.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

_____
DATE

Jonathan S. Jeffress, AFPD
Michael Atkinson, AUSA