IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 05-0418 (JR) |
| GREGORY HURT, | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT GREGORY HURT'S ADDITIONAL MOTION FOR EXTENSION OF TIME OF TWO BUINESS DAYS TO FILE MOTION FOR A NEW TRIAL**

Defendant, Gregory Hurt, through counsel, respectfully submits this motion for an extension of time of two days to file a motion for a new trial.

In support of this motion, Mr. Hurt respectfully submits as follows:

1.  On June 15, 2006, after a two-day trial, Mr. Hurt was convicted of one count of Theft of Government Property (18 U.S.C. § 641). Sentencing is set for September 6, 2006 at 9:30am.

2.  Following the verdict, defense counsel requested an extension of time to file a motion for a new trial and a motion for judgment of acquittal. The Court granted the request for ten (10) business days, which would have made the motion due June 28, 2006. The Court subsequently granted an unopposed motion for continuance of the deadline until July 26, 2006. Counsel then moved for an additional two day extension until today, July 28, 2006.

3.  Counsel was unable to complete the motion today due to a court hearing that took far longer than anticipated. Counsel will be at funeral on Monday. The Motion is mostly done and can be filed on Tuesday, August 1, 2006.

      4.      Counsel does not oppose an equal extension of time for the government to respond to defendant's motion. Counsel was unable to contact government counsel, AUSA Michael Atkinson, prior to the filing of the instant motion.

      WHEREFORE, defendant respectfully requests that this Court extend the time for the filing of defendant's motion for a new trial until **August 1, 2006.**

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Crim. No. 05-0418(JR) |
| **GREGORY HURT,** | ) ) ) | |
| **Defendant.** | ) ) | |

**ORDER**

Upon consideration of Defendant's Additional Motion To Continue the Deadline for Defendant's Motion for New Trial by Two Days, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is

**FURTHER ORDERED** that the new deadline for defendant's Motion for New Trial is August 1, 2006.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

_____
DATE

Jonathan S. Jeffress, AFPD
Michael Atkinson, AUSA