IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 05-0418(JR) |
| ) | |
| GREGORY HURT, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of Defendant's Motion For New Trial, any opposition thereto, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

_____
DATE

Jonathan S. Jeffress, AFPD
Michael Atkinson, AUSA

15