IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 05-0418 (JR) |
| ) | |
| GREGORY HURT, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT GREGORY HURT'S NOTICE OF FILING

Defendant, Gregory Hurt, through undersigned counsel, hereby respectfully submits the attached pages from the June 14, 2006 trial transcript. Defendant submits the attached pages in support of his Motion for a New Trial. The pages contain the Court and counsels' discussion of proposed jury instructions. As argued in defendant's Motion, defendant respectfully submits that the Court's decision not to give defendant's proposed jury instructions was error, warranting a new trial in this case.

Respectfully Submitted,

/s/
Jonathan S. Jeffress, Esq.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500
(202) 208-7515 (fax)