# EXHIBIT A

GREGORY HURT SR

220149967

05AUG03    04SEP03
Mail Code 1
Branch 21

```
***************************************************************
*    You have qualified for Horizon Gold benefits. Call us at    *
*    one of the numbers listed below for more details about     *
*                  your Horizon Gold rewards.                    *
***************************************************************
```

S1 SHARE A/C - SAVINGS - BASE SHARE
-----------------------------------

| Date | Description | Amount | Balance |
|---|---|---|---|
| AUG5 | Previous Balance | | 175601.41 |
| AUG6 | BALANCE INQUIRY #6984 4812 GEORGIA AVE NW WASHINGTON DC 25907 08/06 @ 18:26 | | |
| AUG6 | ATM FEE | 1.00 | 175600.41 |
| AUG8 | BALANCE INQUIRY #7488 4812 GEORGIA AVE NW WASHINGTON DC 25907 08/08 @ 15:44 | | |
| AUG8 | ATM FEE | 1.00 | 175599.41 |
| AUG9 | BALANCE INQUIRY #2710 4812 GEORGIA AVENUE # WASHINGTON DC IP0342 08/09 @ 15:32 | | |
| AUG? | ATM FEE | 1.00 | 175598.41 |
| | ATM WITHDRAWAL #470563 800 H STREET NE #1 WASHINGTON DC D047 08/10 @ 15:49 | 302.00 | 175296.41 |
| AUG11 | ATM WITHDRAWAL #2870 4812 GEORGIA AVENUE # WASHINGTON DC IP0342 08/11 @ 18:59 | 302.00 | 174994.41 |
| AUG12 | ATM WITHDRAWAL #2931 4812 GEORGIA AVENUE # WASHINGTON DC IP0342 08/12 @ 15:52 | 302.00 | 174692.41 |
| AUG12 | ATM T'FER TO 220149967S5 #2933 4812 GEORGIA AVENUE # WASHINGTON DC IP0342 08/12 @ 15:56 | 4692.00 | 170000.41 |
| AUG12 | BALANCE INQUIRY #2935 4812 GEORGIA AVENUE # WASHINGTON DC IP0342 08/12 @ 15:58 | | |
| AUG12 | ATM FEE | 1.00 | 169999.41 |
| AUG14 | TRANSFER DEPOSIT TR#1469 | 6000.00 | 163999.41 |
| AUG14 | CHECK TO - GREGORY HURT SR | 160000.00 | 3999.41 |
| AUG23 | ATM WITHDRAWAL #1381 4812 GEORGIA AVE NW WASHINGTON DC 25907 08/23 @ 18:11 | 162.00 | 3837.41 |

Continued on page 2

GOVERNMENT EXHIBIT
No. 20
Cr # 05-00418 (JR)