# EXHIBIT B

```
SUNTRUST BANK                                              PAGE 1 OF 1
P O BOX 622227                                             63/B40/0175/0/ 72
ORLANDO FL 32862-2227
                                                           09/04/2003
```

# SunTrust

ACCOUNT STATEMENT

GREGORY N HURT

QUESTIONS? PLEASE CALL
1-800-786-8787

EFFECTIVE OCTOBER 1, 2003, AN ACCOUNT THAT REMAINS OVERDRAWN FOR 7 CALENDAR DAYS WILL BE CHARGED A $30 EXTENDED OVERDRAFT FEE. THIS FEE WILL BE CHARGED ON THE 7TH CALENDAR DAY OR NEXT BUSINESS DAY THEREAFTER. IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT YOUR SUNTRUST BANKER (OR CALL 1-800-SUNTRUST).

## ACCOUNT SUMMARY

| ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|---|
| ADVANTAGE RATE MONEY MARKET | | 08/15/2003 - 09/04/2003 |

| DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| BEGINNING BALANCE | $.00 | AVERAGE BALANCE | $153,395.73 |
| DEPOSITS/CREDITS | $155,260.41 | AVERAGE COLLECTED BALANCE | $131,224.40 |
| CHECKS | $.00 | NUMBER OF DAYS IN STATEMENT PERIOD | 21 |
| WITHDRAWALS/DEBITS | $2,530.00 | ANNUAL PERCENTAGE YIELD EARNED | .80% |
| ENDING BALANCE | $152,730.41 | INTEREST PAID YEAR TO DATE | $60.41 |

### DEPOSITS/CREDITS

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 08/15 | 155,200.00 | DEPOSIT |
| 09/04 | 60.41 | INTEREST PAID THIS STATEMENT THRU 09/04 |

DEPOSITS/CREDITS: 2      TOTAL ITEMS DEPOSITED: 2

### WITHDRAWALS/DEBITS

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 08/21 | 30.00 | UNAVAILABLE FUNDS PENALTY |
| 08/21 | 2,500.00 | OVER-THE-COUNTER WITHDRAWAL |

WITHDRAWALS/DEBITS: 2

### BALANCE ACTIVITY HISTORY

| DATE | BALANCE | COLLECTED BALANCE | DATE | BALANCE | COLLECTED BALANCE |
|---|---|---|---|---|---|
| 08/15 | 155,200.00 | 1.00 | 08/21 | 152,670.00 | 152,670.00 |
| 08/18 | 155,200.00 | 155,199.00 | 09/04 | 152,730.41 | 152,730.41 |
| 08/19 | 155,200.00 | 155,200.00 | | | |

MEMBER FDIC