IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 05-418 (JR) |
| ) | |
| GREGORY HURT, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon Defendant Gregory Hurt's Motion for New Trial, the Opposition thereto of the United States of America, any Reply by the Defendant, arguments of counsel and the entire record in this matter, it is hereby

ORDERED, that Defendant Gregory Hurt's Motion for New Trial is hereby DENIED.

Entered in Washington, D.C., this ____ Day of _____, 2006.

_____
JUDGE JAMES ROBERTSON
UNITED STATES DISTRICT COURT

cc:

Michael K. Atkinson, AUSA
Jonathan S. Jeffries, AFPD