# WARRANT FOR ARREST

CO-180 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>GREGORY HURT<br><br>DOB:        -    PDID# 197355 | DOCKET NO: 05-418 (PLF/JR)    MAGIS. NO:<br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>GREGORY HURT<br><br>**FILED**<br>AUG 2 4 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

WARRANT ISSUED ON THE BASIS OF:
- [x] Order of Court
- [ ] Indictment
- [ ] Information
- [ ] Complaint

DISTRICT OF ARREST:

TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

CITY:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

FAILURE TO APPEAR FOR HEARING ON VIOLATION OF BOND CONDITIONS

(Original Charge : Count 1 : 18 U.S.C. 641 : Theft of Government Property)

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: |
|---|---|
| BAIL FIXED BY COURT:<br>HOLD WITHOUT BOND | OTHER CONDITIONS OF RELEASE: |

| ORDERED BY:<br>MAGISTRATE JUDGE ALAN KAY | JUDGE/MAGISTRATE JUDGE: *(signature)* | DATE ISSUED:<br>August 7, 2006 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: *Kymberly Kay* | DATE:<br>August 7, 2006 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | Quash BY Court |