Gregory HURT, SR.
DCDC # 170-795
Criminal No. 05-418

CR 05-0418

4 Nov. 2006

Top of the Day to You...

11/9/06 Leave to file granted [signature] USDJ

Dear Judge, James Robinson:

FILED NOV 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Allow me to refresh your memory as to why your honor ordered me to the "Bowels of Hell". On and about 10/16/06, I was sent down here because of a few positive urines, while under Pretrial Services supervision. Thank you, your honor, for sending me down here. I must admit, at the time, it was a wise & just decision, on your part and a true blessing in disguise, for me.

However, your honor, you need to know that prior to the grave miscarriage of justice, that I have experienced, I was clean & sober for a little longer than four years. However, being deprived of due process of the law, slowly weakened my mind, body, & spirit and resulted in my relapse.

Thanks to you, my time down here has made me a believer, & no longer a deceiver. Today, I'm clean & sober (once again) (the hard way) and your honor, I strongly believe that I'm willing & ready to continue on with my sobriety, one day at a time, but not down here in the "Bowels of Hell". I'm also willing & ready to

give Pretrial Services negative urines.

So, your honor, i'm pleading to you, to find forgiveness in your just heart, for the foolish mistake and the irrational decisions that i made while under Pretrial Services supervision. Your honor, my disease took control and caused me to make that foolish mistake of not taking advantage of a substance abuse program. And my disease took control and caused me to make those irrational decisions to continue to give Pretrial positive urines.

Your honor, i need you to please grant me a new lease on my freedom. You're probably asking yourself, why should you. And i would respond, so that i can show this Honorable Court and Pretrial Services that i'm prepared to comply to the rules & regulations that are required of me. So that i can continue to attend NA meetings, in order to feed my sobriety. Sir, i would also like to have the opportunity to enjoy thanksgiving dinner with my wife & kids. instead, of down here with many of the "devil's disciples."

Your honor, in the event that you decide to make a decision to bring me back from the "Bowels of Hell", keep in mind, that a man and his deeds are two distinct things. Hate the sin but not the sinner, is a precept,

that is so very rarely practiced.

So, in conclusion, I sincerely hope & pray that your honor shall not imagine untruth in the truth that he has just read. Instead, your honor, please take the above truths & reasons into deep consideration, and do the right thing and grant me the relief I'm seeking. Which is a "court order release" back to Pretrial Services supervision, until you & I meet again 12/04/06. Thanking you in Advance.

Respectfully Submitted

Mr. Gregory Hurt, Sr.
Criminal No. 05-418

Attorney's Name:
Jonathan Jeffress, Esq
Federal Public Defender