# EXHIBIT 1

```
Date: NOV 29,1995      Compensation and Pension Exam Report       Page: 1
                              WASHINGTON.VA.GOV
                                  ** FINAL **
                              Processing time: 18
                      For POST-TRAUMATIC STRESS DISORDER Exam
===============================================================================

  Name: HURT,GREGORY                               SSN: 579 62 3615 (H3615)
                                               C-Number: 26211627
                                                    DOB: FEB 16,1947
  Address: 4715 15TH ST. NW

  City,State,Zip+4:                          Res Phone: 202-682-1876
     WASHINGTON   D.C.   20011               Bus Phone: WRONG #

Entered active service: MAR 15,1966     Last rating exam date:
Released active service: FEB 27,1970

Priority of exam: Original SC
===============================================================                E.P.  170
Examining provider: VINCENT TOMASINO, M.D.
Examined on:                                            Already established
===============================================================               with proper D.O.C.

     Examination results:
```

HISTORY: The patient is a 48-years-old man who was in the Marine Corps. from 1966 to 1970 at which time he received a general but under honorable condition discharge. He served with the Third Marine Division, 26th Regimen, in and around Phu Bai, Da Nang, Quang Tri, and Dong Hoi. The patient experienced considerable combat and was constantly panicked about the possibility of getting killed or maimed. He was involved in numerous search and destroy missions, reconnaissance patrols, as well as being involved in convoys. One of the convoys that he was involved in suffered heavy casualties by mortar and machine gun fire, and the patient witnessed many of his very close friends being killed. He continually tried to overcome his fears of combat by being involved in more combat, but when that failed he began to use alcohol and heroin. When that failed, the patient felt he had no choice but to go AWOL on a couple of occasions, and at one time the patient was court-martialed for this. When the patient came back he was still in the Marine Corps., however he was not able to adapt to the peacetime Marine Corps. where spit and polish, rather than combat was the order of the day. As a result, the patient began to experience considerable problems with his superiors and ultimately the patient was given the discharge, much against his own wishes. When he left the Marine Corps. the patient was unable to adapt. He had no trouble getting jobs but had trouble keeping the jobs. He felt desperate, no where to go, no sense of future, and he ended up committing armed robbery and forgery, and spent three years in prison. At one point the patient did hold down a job for a few years as a word processor but even from there he was terminated because of problems of not being able to adjust to civilian life.

```
C&P Final Report                                                    Page: 2

Name: HURT,GREGORY             SSN: 579623615        C-number: 26211627
For POST-TRAUMATIC STRESS DISORDER Exam
================================================================================
```

Exam Results Continued

The patient has been unemployed since around 1988 or so.  He
nevertheless, still tries to get a job but, again, as stated
before, after a few days to a few weeks, the patient is either
fired for insubordination or the patient does not return for fear
that he may be involved in a confrontation.  The patient, at this
time, is not on any medication.  He has tried many times to
obtain help in our Veterans Affairs Medical Center but felt that
he was given the brush off.  At another occasion the patient went
to the mental health clinic at D.C. General Hospital for severe
depression but he didn't feel that he wanted to take medication
because it would give him a feeling that he couldn't react
quickly enough to any danger.
The patient has been involved in our drug rehabilitation program,
about a year or so ago, and he is presently enrolled in our
posttraumatic stress disorder clinical team.
MENTAL STATUS EXAMINATION:         Mental status examination reveals an
alert, cooperative man who tries to answer all the questions
given to him.  He shows a very depressed affect.  He relates
feelings of hopelessness, helplessness.  There are no signs of
psychosis, delusions, or any paranoid behaviors at this time.
The patient's thought content is full of his experiences in
Vietnam during combat, that involve much bloodshed, recollections
of his buddies being killed.  The patient's sensorium is intact.
His judgment seems to be a little bit improving, i.e., he does
attend the Vietnam treatment program in our facility.  His
insight is poor, i.e., he sees little connection between his
Vietnam experience and his present severe depression, and
nightmares, and other severe symptoms of posttraumatic stress
disorder.
In my opinion the patient is not able to handle his own money
because of his very severe posttraumatic stress disorder symptoms
and his tendencies to be unpredictable about his drug abuse.
DIAGNOSES:
AXIS I:         A)      Posttraumatic stress disorder directly related to
                        his combat ordeal in Vietnam while serving with
                        the Third Marine Division in 1966 to 1967
                        manifested by sleep disturbance, impaired
                        concentration.  The patient continues to have
                        nightmares in which he very often will wake up in
                        the middle of the night and is drenched in sweat,
                        at times choking his wife, thinking she is the
                        enemy.  To this day the patient will duck for
                        cover whenever he hears helicopter noise or the
                        backfire of a vehicle.  His wife reports that the
                        patient will very often enclose himself in the
                        basement for days at a time.  He is hypervigilent
                        and he still suffers from flashbacks.  He has no

```
C&P Final Report                                                  Page: 3

Name: HURT,GREGORY                   SSN: 579623615       C-number: 26211627
For POST-TRAUMATIC STRESS DISORDER Exam
================================================================================
```

Exam Results Continued

                    sense of future.  He has a history of chronic irritability and episodic rage attacks, and the patient has developed a very isolative lifestyle to avoid confrontation and in an attempt to avoid anything that might remind him of Vietnam.  He feels almost homicidal towards orientals.

    B)  Polysubstance abuse including intravenous heroin, in partial remission.  The patient has not used any drugs or alcohol for about one year.

In my opinion the patient is completely and totally disabled.
VC/bm/J:4772/P5207
BY:1267

This exam has been reviewed and approved by the examining provider.