# EXHIBIT 2

**THIS IS AN IMPORTANT RECORD**
**SAFEGUARD IT.**

| 1. LAST NAME-FIRST NAME-MIDDLE NAME | 2. SERVICE NUMBER | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| HURT, Gregory | 227 09 68 | 579 62 3615 |

| 4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | 5a. GRADE, RATE OR RANK | b. PAY GRADE | 6. DATE OF RANK |
|---|---|---|---|
| USMC | PFC | E-2 | DAY 01 / MONTH Sep / YEAR 69 |

| 7. U.S. CITIZEN | 8. PLACE OF BIRTH (City and State or Country) | 9. DATE OF BIRTH |
|---|---|---|
| YES [X]  NO [ ] | Washington, District of Columbia | DAY 16 / MONTH Feb / YEAR 47 |

| 10a. SELECTIVE SERVICE NUMBER | b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY, STATE AND ZIP CODE | c. DATE INDUCTED |
|---|---|---|
| Not Available | Not Available | N/A |

| 11a. TYPE OF TRANSFER OR DISCHARGE | b. STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|
| Discharged | Marine Corps Base, Quantico, Virginia 22134 |

| c. REASON AND AUTHORITY | d. EFFECTIVE DATE |
|---|---|
| 28B - Paragraph 6017.2b, Marine Corps Separation and Retirement Manual | DAY 27 / MONTH Feb / YEAR 70 |

| 12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 13a. CHARACTER OF SERVICE | b. TYPE OF CERTIFICATE ISSUED |
|---|---|---|
| ServBn, MCB, QUANT | UNDER HONORABLE CONDITIONS | DD 257 MC |

| 14. DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED | 15. REENLISTMENT CODE |
|---|---|
| Not Applicable | RE-4 |

| 16. TERMINAL DATE OF RESERVE/UMT&S OBLIGATION | 17. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION | b. TERM OF SERVICE (Year's) | c. DATE OF ENTRY |
|---|---|---|---|
| DAY / MONTH / YEAR — None | a. SOURCE OF ENTRY: [X] ENLISTED (First Enlistment) [ ] ENLISTED (Prior Service) [ ] OTHER [ ] REENLISTED | 04 | DAY 15 / MONTH Mar / YEAR 66 |

| 18. PRIOR REGULAR ENLISTMENTS | 19. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC | 20. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State) |
|---|---|---|
| None | Pvt (E-1) | Baltimore, Maryland |

| 21. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE | 22. STATEMENT OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| 4306 Arkansas Avenue, Northwest Washington, District of Columbia | a. CREDITABLE FOR BASIC PAY PURPOSES (1) NET SERVICE THIS PERIOD | 02 | 10 | 29 |
| | (2) OTHER SERVICE | 00 | 00 | 17 |
| | (3) TOTAL (Line (1) plus Line (2)) | 02 | 11 | 16 |

| 23a. SPECIALTY NUMBER & TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | | | |
|---|---|---|---|---|
| 3371 Cook | 313.131 Chef | b. TOTAL ACTIVE SERVICE | 02 | 10 | 29 |
| | | c. FOREIGN AND/OR SEA SERVICE | 01 | 00 | 28 |

**24. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED**

National Defense Service Medal
Vietnam Service Medal with One Star
Vietnamese Campaign Medal with (60- ) Device

**25. EDUCATION AND TRAINING COMPLETED**

High School - 4 years - Commercial - 1965
Basic Cook Course - 1966

| 26a. NON-PAY PERIODS/TIME LOST (Preceding Two Years) | b. DAYS ACCRUED LEAVE PAID | 27a. INSURANCE IN FORCE (NSLI or USGLI) | b. AMOUNT OF ALLOTMENT | c. MONTH ALLOTMENT DISCONTINUED |
|---|---|---|---|---|
| 2-19Jan68(18) TL  6May-18Sep68(136) TL  14Oct68-23Jan69(78) TL  24Jan-2Jul68(165) TL | None Due | YES [ ] NO [X] | $ N/A | N/A |

| 28. VA CLAIM NUMBER | 29. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE |
|---|---|
| C- | [X] $10,000  [ ] $5,000  [ ] NONE |

**30. REMARKS**

NEG SN CHECK

JAN 13 1971  NPRC

Good Conduct Medal period commences on 05 Aug 1969 (1st Award) G SSAN CHECK

| 31. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County, State and ZIP Code) | 32. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED |
|---|---|
| See Item 21 | Gregory Hurt |

| 33. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | 34. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
|---|---|
| H. C. HUTCHINSON, WO, USMC, BnPersO | HC Hutchinson |

FORM 214 MC (1900)  PREVIOUS EDITIONS OF ARMED FORCES OF THE UNITED STATES
JUL 66  THIS FORM ARE OBSOLETE  REPORT OF TRANSFER OR DISCHARGE  S/N 0102-002-0000  SR/OQR OR HQMC-2