UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : Criminal No. 05-418 (JR) |
| GREGORY HURT, | : |

## NOTICE OF APPEAL

**Name and address of appellant:**   Gregory Hurt

**Name and address of appellant's attorney:**   Jonathan S. Jeffress, Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offense: 18:641 and 2; Theft of Government Property and Aiding and Abetting and Causing an Act to be Done**

**Concise statement of judgment or order, giving date, and any sentence: 12/04/06-** Time served plus 12 days; 3 years supervised release; $100 special assessment; and (99,999.10 Restitution

**Name of institution where now confined, if not on bail: N/A**

**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

| 12/12/06 | Gregory Hurt |
|---|---|
| DATE | APPELLANT |

CJA, NO FEE ___X___
PAID USDC FEE _____   ATTORNEY FOR APPELLANT
PAID USCA FEE _____

Does counsel wish to appear on appeal? Yes
Has counsel ordered transcripts? Yes
Is this appeal pursuant to the 1984 Sentencing Reform Act? No