PROB 12A-DC
(Rev. 12/82)

# UNITED STATES DISTRICT COURT
# FOR THE
# THE DISTRICT OF COLUMBIA

U.S.A. vs. **Gregory Hurt**                                    Docket No.: **CR-05-0418-01**

## REQUEST FOR COURSE OF ACTION
### (Statement of Alleged Violation of Supervised Release)

COMES NOW **André M. Wilson**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Gregory Hurt**, who was placed on Supervised Release by the Honorable **James Robertson**, United States District Judge, sitting in the Court at Washington, D.C., on the **4th** day of **December, 2006**, who fixed the period of Supervised Release at **5** years, and imposed the general terms and conditions of Supervised Release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

- pay a $100 special assessment;
- pay $99,999.10 restitution to the Department of Veteran's Affairs;
- participate in, and successfully complete, a 90-day residential inpatient substance abuse treatment program, followed by outpatient treatment at the direction of the U.S. Probation Office; and
- financial disclosure.

On June 15, 2006, Gregory Hurt was found guilty by a jury of Theft of Government Property. On December 4, 2006, you sentenced him to time served until December 12, 2006, and a three-year term of supervised release.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

### Statement of Alleged Violation of Supervised Release

1.   The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. (Standard Condition No. 7)

**Hurt, Gregory**
**Docket No.: CR-05-0418-01**
**Page 2**

Respectfully submitted,

André M. Wilson, Senior
United States Probation Officer
(202) 565-1428

Approved By:

Darryl L. Hughes, Supervising
United States Probation Officer