IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr. No. 05-418-01 (JR) |
| | : | |
| **GREGORY HURT,** | : | |
| | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF CHANGE IN COUNSEL
FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER**

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Lara G. Quint has assumed responsibility for the defense of Gregory Hurt in the above-captioned case. Mr. Hurt's case had previously been assigned to Assistant Federal Public Defender Jonathan S. Jeffress.

Respectfully submitted,

"/s/"
Lara G. Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500