*Robertson, J.*

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-3183**             **September Term, 2007**

FILED ON: JUNE 13, 2008

UNITED STATES OF AMERICA,
    APPELLEE

v.

GREGORY HURT,
    APPELLANT



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED JUN 1 3 2008
CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 05cr00418-01)

Before: TATEL, GARLAND and GRIFFITH, *Circuit Judges.*

**FILED AUG -7 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of conviction of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

<u>Per Curiam</u>

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 8/4/08
BY: [signature]
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/ [signature]

Michael C. McGrail
Deputy Clerk

Date: June 13, 2008

Opinion for the court filed by Circuit Judge Griffith.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk